1539

**FILED**
JAN 07 2025
CLERK U.S. DISTRICT COURT
WEST DIST OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 25-8 |
| v. ) | |
| ) | (18 U.S.C. § 912) |
| LAZAVEN MITCHELL ) | **[UNDER SEAL]** |

# INDICTMENT

## COUNT ONE

The grand jury charges:

From in and around April 2024, and continuing thereafter until in and around June 2024, in the Western District of Pennsylvania, the defendant, LAZAVEN MITCHELL, falsely assumed and pretended to be an officer and employee acting under the authority of the United States and any of its departments and agencies; that is, the United States Department of Labor, Employee Benefits Security Administration, and acted as such.

In violation of Title 18, United States Code, Section 912.

A True Bill,

_____
FOREPERSON

_____
ERIC G. OLSHAN
United States Attorney
IL ID No. 6290382

_____
BRENDAN J. McKENNA
Assistant United States Attorney
PA ID No. 314315